**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGE NEBGEN, PARVIZ GHAHRAMANI,
and THERAHOLDINGS AG (SA Ltd.)

                      Plaintiffs,

        -against-                              18 **CIVIL** 8410 (ER)

# **JUDGMENT**

JEROME J. SCHENTAG, MARY P. McCOURT,
LAWRENCE MIELNICKI, JULIE HUGHES, and
THERASYN SENSORS, INC.,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, Defendants' motion to dismiss is granted and Defendants' motion to transfer venue is denied; accordingly, the case is closed.

**Dated:** New York, New York
         March 31, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                              **BY:**
                                                        _____
                                                        **Deputy Clerk**